In the Matter of the Estate of CARL GIFFORD, Deceased. DAVID GIFFORD, Appellant; FRANCES GOFF et al., as Coexecutors of CARL GIFFORD, Deceased, Respondents.

Submitted June 5, 2006; decided August 29, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Surrogate's Court's order denying appellant's motions for renewal and reargument, a temporary restraining order and appointment of a guardian ad litem, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

ANDREW J. HOLOWACZ et al., Appellants, v INSURANCE CORPORATION OF NEW YORK, Respondent, et al., Defendant.

Submitted June 12, 2006; decided August 29, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellants' motion for reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.